UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:20-cr-125-J-32JBT
26 U.S.C. § 7206(1)
CHRISTOPHER RAY GRAY  18 U.S.C. § 2

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

A. Introduction

At all times material to this Indictment:

1. The defendant, CHRISTOPHER RAY GRAY, was a resident of Jacksonville, Duval County, Florida, and the owner and operator of Medical Outcome Systems, Inc., a business located in Jacksonville, Florida.

2. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury with responsibility for the ascertainment, computation, assessment, and collection of revenue, including individual income taxes.

3. A Form 1040, U.S. Individual Income Tax Return, is an IRS form that is used to report an individual's income, exemptions, deductions, credits,

taxes, taxes paid, and other financial information and to determine the amount of taxes owed by the individual to the IRS or the refund due to the individual from the IRS.

4. "Federal income tax withheld" is money that is deducted from income payments by the payer of the income and deposited with the IRS to cover the tax that is expected to be assessed on the income for the tax year in which the income is paid. Withholding reduces the amount of tax an individual must pay, or results in a refund if more tax is withheld than is due, when the individual files the individual's annual tax return.

B. Charge

5. On or about October 15, 2014, in Duval County, in the Middle District of Florida, the defendant,

CHRISTOPHER RAY GRAY,

who was a resident of Jacksonville, Florida, did willfully make and subscribe a 2013 Form 1040, U.S. Individual Income Tax Return, filed with the Internal Revenue Service, which contained a written declaration that it was made under penalties of perjury and which the defendant did not believe to be true and correct as to every material matter, in that the defendant stated in the Tax Return that he

had $33,580 in federal income tax withheld when, as the defendant then and there knew, he had not had any federal income tax withheld.

In violation of 26 U.S.C. § 7206(1) and 18 U.S.C. § 2.

## COUNT TWO

### A. Introduction

1. Part A of Count One of this Indictment is realleged and incorporated by reference as if fully set forth herein.

### B. Charge

2. On or about February 10, 2016, in Duval County, in the Middle District of Florida, the defendant,

CHRISTOPHER RAY GRAY,

who was a resident of Jacksonville, Florida, did willfully make and subscribe a 2014 Form 1040, U.S. Individual Income Tax Return, filed with the Internal Revenue Service, which contained a written declaration that it was made under penalties of perjury and which the defendant did not believe to be true and correct as to every material matter, in that the defendant stated in the Tax Return that he

had $40,475 in federal income tax withheld when, as the defendant then and there knew, he had not had any federal income tax withheld.

In violation of 26 U.S.C. § 7206(1) and 18 U.S.C. § 2.

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
ARNOLD B. CORSMEIER
Assistant United States Attorney

By: _____
KELLY S. KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

4

FORM OBD-34
APR 1991

No. _____

# UNITED STATES DISTRICT COURT
## Middle District of Florida
### Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER RAY GRAY

## INDICTMENT

Violations:

26 U.S.C. § 7206(1)

A true bill,

_____
Foreperson

Filed in open court this 16th day

of September, 2020.

_____
Clerk

Bail  $ _____

GPO 863 525